THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREG HANSEN, MARY HANSEN, ROSCOE CORELL, and LAWRENCE DONLAN, Individuals, | ) ) ) ) ) | 4:07CV3261 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| LEE POLIKOV, in his capacity as Sarpy County Attorney, JOHN W. STACEY, in his capacity as Chief of the Bellevue Police Department, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon Plaintiffs' unopposed motion (filing 19) to extend the filing date of their brief in opposition to defendant Lee Polikov's motion (filing 16) to dismiss,

IT IS ORDERED:

1. Plaintiffs' unopposed motion (filing 19) to extend the filing date of their brief in opposition to defendant Polikov's motion (filing 16) to dismiss is granted;

2. Plaintiffs' brief in opposition to defendant Polikov's motion (filing 16) to dismiss shall be filed on or before January 18, 2008;

3. As provided in NECivR 7.1(c), defendant Polikov may then file a reply brief within five business days after the plaintiffs file and serve their opposing brief, after which the motion to dismiss (filing 16) shall be deemed ripe for disposition.

January 8, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge