```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

GREG HANSEN, MARY HANSEN, ROSCOE CORELL, and LAWRENCE J. DONLAN, Individuals,

   Plaintiffs,

  V.         4:07CV3261

LEE POLIKOV, and JOHN W. STACEY, in their official capacities,     MEMORANDUM AND ORDER

   Defendants.

The plaintiffs have filed a motion to file an amended complaint which specifically alleges the subsections and versions of Neb. Rev. Stat § 28-1317 and Neb. Rev. Stat. § 28-1322 plaintiffs contend violate their First and Fourteenth Amendment rights. Filing 36. The defendants have not responded to this motion, and the time for response has expired. The motion is therefore deemed unopposed.

  IT THEREFORE HEREBY IS ORDERED:

1. The plaintiffs' motion to amend, filing 36, is granted.

2. On or before April 23, 2008, the plaintiffs shall file their amended complaint, a copy of which is attached to their filing 36 motion, and they shall serve the amended complaint on the defendants and the Attorney General for the State of Nebraska. The certificate of service accompanying the amended complaint shall verify that service has been made in accordance with this order.

  DATED this 16th day of April, 2008.

            BY THE COURT:

            s/ *David L. Piester*
            David L. Piester
            United States Magistrate Judge