IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREG HANSEN, MARY HANSEN, ROSCOE CORELL, and LAWRENCE J. DONLAN, | ) ) ) | |
| | ) | 4:07CV3261 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| LEE POLIKOV, in his capacity as Sarpy County Attorney, and JOHN W. STACEY, in his capacity as Chief of Bellevue Police Department, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the stipulation (filing 49) filed by the parties,

IT IS ORDERED:

1.    The stipulation of the parties (filing 49) is approved;

2.    The parties are directed to perform the terms of the stipulation;

3.    The motion for temporary restraining order (filing 46) is denied without prejudice.

August 7, 2008.                    BY THE COURT:

                                   *S/Richard G. Kopf*
                                   United States District Judge