IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREG HANSEN, MARY HANSEN, ROSCOE CORELL and LAWRENCE J. DONLAN, Individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:07CV3261 |
| LEE POLIKOV, in his capacity as Sarpy County Attorney, and JOHN W. STACEY, in his capacity as Chief of Bellevue Police Department, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1.  The joint motion of the parties for continuance, filing 75, is granted and the trial, pretrial conference and all pretrial deadlines are continued until further order.

2.  A status conference by telephone is set with the undersigned magistrate judge for January 15, 2009 at 10:00 a.m. Central Time.  Plaintiff's counsel shall initiate the call.

DATED this 29th day of October, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge