```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GREG HANSEN, MARY HANSEN, ROSCOE CORELL and LAWRENCE J. DONLAN, Individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 4:07CV3261 |
| LEE POLIKOV, in his capacity as Sarpy County Attorney, and JOHN W. STACEY, in his capacity as Chief of Bellevue Police Department, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Following a telephone status conference this date,

IT IS ORDERED:

Another status conference by telephone will be held with the undersigned magistrate judge on February 18, 2009 at 9:30 a.m. Central Time. Plaintiff's counsel shall initiate the call.

DATED February 2, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge